1  PAUL L. GABBERT, SBN 74430
   2115 Main Street
2  Santa Monica, CA 90405
   Telephone: 310/399-3259
3  Facsimile:   310/392-9029
   PLGabbert@aol.com
4  Attorney for Claimants ANNETTE CHACON
   and ROLAND HURTADO
5

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

11 | UNITED STATES OF AMERICA,       ) NO. CV 08-4792-PSG(Ex)
12 |           Plaintiff,            ) (~~PROPOSED~~) PROTECTIVE
                                     ) ORDER
13 | vs.                             )
14 | A 2007 CHEVROLET SUBURBAN       )
     1500; $105,851.00 IN U.S.       )
15 | CURRENCY,                       )
16 |           Defendants.           )
17 |                                 )
     ANNETTE CHACON and ROLAND       )
18 | HURTADO,                        )
19 |           Claimants.            )
20

21      GOOD CAUSE APPEARING THEREFOR,
22      IT IS HEREBY ORDERED THAT
23      1.   All of the agreed upon documents ("agreed upon documents") shall
24 be delivered to and used by plaintiff's counsel, Steven R. Welk, for the following
25 purposes only:
26           a.   First, in a diligent and good faith attempt to settle this action;
27           and
28           b.   If the action does not settle, for use in this case only as set forth

- 1 -

1  below.

2. The agreed upon documents will not be copied, used, nor their contents disclosed by Mr. Welk, or anyone else, to any other person or entity for any purpose except as provided in this protective order.

3. The agreed upon documents will not be disclosed to anyone other than Mr. Welk, except to appropriate members of his staff, for use in this case as described in this protective order.

4. If the case settles, all of the agreed upon documents will be returned to claimants through their attorney, and neither the nature of the documents nor their contents will be disclosed to any one else for any purpose.

5. If the case does not settle, the agreed upon documents, subject to all constitutional and evidentiary objections, may be used by Mr. Welk in this action only. The documents, and all references to them, will be filed under seal except as provided below, in the event the case goes to trial.

6. If the case goes to trial, counsel for the parties will cooperate to reach an agreement on the use of the agreed upon documents to balance the government's need to use the documents in the prosecution of its forfeiture case and claimants' need not to have the documents disclosed to the public.

7. If the case goes to trial, and counsel for the parties cannot agree upon the way the documents are to be used at trial, the Court will resolve the issue pursuant to appropriate motions/motions in limine.

IT IS SO ORDERED.

Dated: March 26, 2009

UNITED STATES MAGISTRATE JUDGE