```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
        Federal Courthouse, 14th Floor
 6      312 North Spring Street
        Los Angeles, California 90012          E-FILED 10-28-09
 7      Telephone:  (213) 894-6166                  JS-6
        Facsimile:  (213) 894-7177
 8      E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO.  CV 08-4792 PSG (Ex) |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| A 2007 CHEVROLET SUBURBAN 1500; $105,851.00 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ANNETTE CHACON; ROLAND HURTADO, | ) | |
| Claimants | ) | |
| _____ | ) | |

This action was filed on July 22, 2008.  Notice was given and published in accordance with law.  Annette Chacon and Roland Hurtado ("Claimants") filed claims on November 26, 2008, and

1   answers on January 14, 2009.  No other claims or answers have

2   been filed, and the time for filing claims and answers has

3   expired.  Plaintiff and claimant have reached an agreement that

4   is dispositive of the action.  The parties hereby request that

5   the Court enter this Consent Judgment of Forfeiture.

6       **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

7       1.  This court has jurisdiction over the parties and the

8   subject matter of this action.

9       2.  Notice of this action has been given in accordance with

10   law.  All potential claimants to the defendant currency other

11   than Claimants are deemed to have admitted the allegations of the

12   Complaint.  The allegations set out in the Complaint are

13   sufficient to establish a basis for forfeiture.

14       3.  The United States of America shall have judgment as to

15   $50,000.00 of the defendant currency and all interest earned

16   thereon, and no other person or entity shall have any right,

17   title or interest therein.  The United States Marshals Service is

18   ordered to dispose of said assets in accordance with law.

19       4.  The remaining $55,851.00 of the defendant currency, plus

20   the interest earned by the government on that sum, and the

21   defendant Chevrolet Suburban 1500, shall be returned to claimant

22   in care of his attorney, Paul Gabbert.  Said funds shall be

23   forwarded by check made payable to "Paul Gabbert, Attorney-Client

24   Trust Account," and shall be mailed to Paul Gabbert, Esq., 2115

25   Main Street, Santa Monica, California 90405.

26       5.  Claimants hereby release the United States of America,

27   its agencies, agents, and officers, including employees and

28                             2

1   agents of the Drug Enforcement Administration, from any and all

2   claims, actions or liabilities arising out of or related to this

3   action, including, without limitation, any claim for attorneys'

4   fees, costs or interest which may be asserted on behalf of the

5   Claimants.

6       6.   The Court finds that there was reasonable cause for the

7   seizure of the defendants and institution of these proceedings.

8   This judgment shall be construed as a certificate of reasonable

9   cause pursuant to 28 U.S.C. § 2465.

10   DATED: **10/27/2009**

11

12                 **PHILIP S. GUTIERREZ**

13                 THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

14

  **Approved as to form and content:**

15

16   DATED: _____, 2009

17                 GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL

18                 Assistant United States Attorney
Chief, Criminal Division

19

20                 _____

21                 STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

22

23                 Attorneys for Plaintiff
United States of America

24

25   DATED: _____, 2009

26

27                 _____
PAUL GABBERT

28                     3

1   Attorney for Claimants
    Annette Chacon and Roland Hurtado

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28